**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-02411-REB-CBS

KIRBY MARTENSEN,

     Plaintiff,

v.

WILLIAM KOCH, and
DOES 1-25, inclusive,

     Defendant.

---

**MINUTE ORDER**[1]

---

The matter is before the court on **Defendant William I. Koch's Notice of Motion and Motion For Leave to File Motion for Partial Reconsideration of April 30, 2013 Order: Memorandum of Points and Authorities in Support Thereof** [#6] filed September 6, 2013.  The motion is **DENIED** without prejudice as moot.

**IT IS FURTHER ORDERED** that the parties are advised to familiarize themselves with, and comply with this court's practice standards, which can be found at www.cod.uscourts.gov.

Dated: September 6, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.