**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-02411-REB-CBS

KIRBY MARTENSEN,

    Plaintiff,

v.

WILLIAM KOCH,
OXBOW CARBON, LLC,
OXBOW CARBON & MINERALS, LLC,
OXBOW CARBON & MINERALS,
INTERNATIONAL GmbH,
MICHAEL MCAULIFFE,
RICHARD CALLAHAN, and
DOES 1-25,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANTS,
## MICHAEL MCAULIFFE AND RICHARD CALLAHAN, ONLY

**Blackburn, J.**

    The matter is before me on the plaintiff's **Notice of Dismissal Without Prejudice** [#91][1] filed February 26, 2014.  After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendants, Michael McAuliffe and Richard Callahan, should be dismissed without prejudice.

---

[1] "[#91]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Notice of Dismissal Without Prejudice** [#91] filed February 26, 2014, is **APPROVED**;

2. That plaintiff's claims against defendants, Michael McAuliffe and Richard Callahan, are **DISMISSED WITHOUT PREJUDICE**; and

3. That defendants, Michael McAuliffe and Richard Callahan, are **DROPPED** as named parties to this litigation, and the case caption is amended accordingly.

Dated February 26, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge