IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-02411-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:                March 28, 2014 | Courtroom Deputy:   Courtni Covington |

*Parties:*                                                                        *Counsel:*

KIRBY MARTENSEN,                                              John H. Scott
                                                                                       William A. Cohan
         Plaintiff,

v.

WILLIAM KOCH, *et al.*,                                         Melissa R. McCormick
                                                                                       Moez M. Kaba
         Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:      2:30 p.m.**
Court calls case.  Appearances of counsel.

Counsel for Plaintiff advises the court that the parties have reached an agreement to dismiss the Oxbow Defendants.  In exchange, Defense counsel has agreed to accept service of subpoenas on behalf of witnesses to be deposed, and the parties have agreed to a briefing schedule related to any objections to those depositions. Objections shall be filed by April 11, 2014, responses by April 18, 2014 and a replies by April 25, 2014.

Discussion between the court and the parties regarding the claims that will remain and the most efficient means of proceeding with the remaining motions before the court.

The court proposes as the most efficient procedure of moving the case forward that Plaintiff file a revised 4th Amended Complaint reflective of the parties and claims moving forward while not adding any new facts, and Defendant would not oppose the filing of that Complaint reserving their rights to file an appropriate motion to dismiss.

Counsel for Plaintiff has no objection.  Counsel for Defendant advises that she will need to speak with her client regarding the court's proposal.

**Court in recess:       2:56 p.m.**

**Court in session:     3:30 p.m.**

Defense counsel advises the court that their client has agreed not to oppose the filing of the 4th Amended Complaint, reserving all other arguments and rights to file a motion to dismiss.

**ORDERED:** The parties shall file a Stipulated Motion to Dismiss with prejudice as to the Oxbow Defendants **no later than 5:00 p.m. on Monday, March 31, 2014**.

Plaintiff shall file a revised 4th Amended Complaint **by close of business on Tuesday, April 1, 2014**.

The court reviews the claims Plaintiff shall be limited to in the revised 4th Amended Complaint and notes the currently scheduled depositions in the case should go forward.

**ORDERED:** Defense counsel shall file their new motion to dismiss the 4th Amended Complaint **on or before April 11, 2014**. Response due **April 18, 2014**. Reply due **April 25, 2014**.

The parties are in agreement with the court that Doc. No. 72 and Doc. No. 95 are now moot.

**ORDERED:** *Defendants' Motion to Dismiss Third Amended Complaint (Dkt. 66)* [Doc. No. 72, filed 1/21/2014] and *Plaintiff's Motion to Amend and File Fourth Amended Complaint* [Doc. No. 95, filed 2/28/2014] are **DENIED as moot**.

The court clarifies Doc. No. 76 and Doc. No. 82 are left pending.

HEARING CONCLUDED.
**Court in recess**: **3:51 p.m.**
Total time in court: 00:47

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.