**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-02411-REB-CBS

KIRBY MARTENSEN,

    Plaintiff,

v.

WILLIAM KOCH,
OXBOW CARBON, LLC,
OXBOW CARBON & MINERALS, LLC,
OXBOW CARBON & MINERALS,
INTERNATIONAL GmbH, and
DOES 1-25,

    Defendants.

**ORDER OF DISMISSAL AS TO DEFENDANTS,
OXBOW CARBON LLC, OXBOW CARBON & MINERALS LLC, AND
OXBOW CARBON & MINERALS INTERNATIONAL GmbH, ONLY**

**Blackburn, J.**

The matter is before me on the **Stipulated Motion For Dismissal With Prejudice of Defendants Oxbow Carbon LLC, Oxbow Carbon & Minerals, LLC, Oxbow Carbon & Minerals International GmbH** [#107][1] filed March 31, 2014.  After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendants, Oxbow Carbon LLC, Oxbow Carbon & Minerals LLC, and Oxbow Carbon & Minerals International GmbH, should be dismissed with prejudice.

---

[1] "[#107]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal With Prejudice of Defendants Oxbow Carbon LLC, Oxbow Carbon & Minerals, LLC, Oxbow Carbon & Minerals International GmbH** [#107] filed March 31, 2014, is **GRANTED**;

2. That plaintiff's claims against defendants, Oxbow Carbon LLC, Oxbow Carbon & Minerals, LLC, and Oxbow Carbon & Minerals International GmbH, are **DISMISSED PREJUDICE**; and

3. That defendants, Oxbow Carbon LLC, Oxbow Carbon & Minerals, LLC, and Oxbow Carbon & Minerals International GmbH, are **DROPPED** as named parties to this litigation, and the case caption is amended accordingly.

Dated April 1, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge