**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02411-REB-CBS

KIRBY MARTENSEN,

    Plaintiff,

v.

WILLIAM KOCH, and
DOES 1-25,

    Defendants.

## MINUTE ORDER[1]

    The matter is before the court on **Plaintiff Kirby Martensen's Motion For Leave to File Response to Defendant William Koch's Objections to Magistrate Judge Shaffer's July 29, 2014 Order Compelling Disclosure of Attorney-Client Privileged Communications and Attorney Work Product (Dkt. 198)** [#211][2] filed August 25, 2014. After reviewing the motion and the record, the court has concluded that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Plaintiff Kirby Martensen's Motion For Leave to File Response to Defendant William Koch's Objections to Magistrate Judge Shaffer's July 29, 2014 Order Compelling Disclosure of Attorney-Client Privileged Communications and Attorney Work Product (Dkt. 198)** [#211] filed August 25, 2014, is **GRANTED**; and

    2. That plaintiff Martensen is permitted to file a response to defendant Koch's objections to the order compelling disclosure of attorney-client privilege communications and attorney work product. Responses are due in the time prescribed by the Local Rule (7.1(d)).

    Dated: August 26, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#211]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.