**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02411-REB-CBS

KIRBY MARTENSEN,

    Plaintiff,

v.

WILLIAM KOCH, and
DOES 1-25,

    Defendants.

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

**Blackburn, J.**

The matters before are (1) **Defendant William I. Koch's Motion for Summary Judgment** [#167],[1] filed July 15, 2014; and **Plaintiff Kirby Martensen's Motion for Permission To Extend Time To File Newly-Discovered Evidence – August 20, 2014 Deposition Testimony – To Supplement His Record in Opposition to Defendant William I. Koch's Motion for Summary Judgment** [#214], filed August 27, 2014. I have jurisdiction over the claims asserted in this case under 28 U.S.C. § 1332 (diversity of citizenship). Having reviewed the summary judgment motion, response, and reply and having considered the apposite arguments, authorities, and evidence presented by the parties, it is apparent that there exist genuine disputes of material fact that are not appropriate for summary resolution. Given that determination, plaintiff's motion to

---

[1] "[#167]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

supplement his response to the motion for summary judgment is moot.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant William I. Koch's Motion for Summary Judgment** [#167], filed July 15, 2014, is **DENIED**; and

2. That **Plaintiff Kirby Martensen's Motion for Permission To Extend Time To File Newly-Discovered Evidence – August 20, 2014 Deposition Testimony – To Supplement His Record in Opposition to Defendant William I. Koch's Motion for Summary Judgment** [#214], filed August 27, 2014, is **DENIED AS MOOT**.

Dated January 21, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge