**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02411-REB-CBS

KIRBY MARTENSEN,

    Plaintiff,

v.

WILLIAM KOCH, et al,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the parties' **Joint Stipulation for Voluntary Dismissal With Prejudice** [#387],[1] filed June 1, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation for Voluntary Dismissal With Prejudice** [#387], filed June 1, 2015, is approved;

2. That all pending pretrial deadlines are vacated;

3. That the combined Final Pretrial Conference/Trial Preparation Conference set October 16, 2015, at 11:00 a.m., is vacated;

4. That the jury trial set to commence November 2, 2015, is vacated;

5. That all currently pending motions, including but not limited to (a) **Defendant William I. Koch's Motion for *In Camera* Review in Furtherance of July 29, 2014 (Dkt. 171) and January 21, 2015 (Dkt. 337) Orders** [#348], filed February 13, 2015;

---

[1] "[#387]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

and (b) **Plaintiff's Motion To Compel Compliance With Court Order** [#371], filed April 9, 2015, are denied as moot;

     6.  That this action is dismissed with prejudice, in its entirety, including all claims and counterclaims that were or could have been filed in this action, with the parties to bear their own attorney fees, costs, and expenses, except as otherwise agreed among the parties; and

     7.  That this case is closed.

Dated June 3, 2015, at Denver, Colorado.

                              **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge